UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATURNINO RODRIGUEZ-CUPA, | No. CV 08-8547-AG(CW) |
| Petitioner, | |
| v. | JUDGMENT |
| LINDA SANDERS (Warden), | |
| Respondent, | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice.

DATE: FEB 11, 2009

ANDREW J. GUILFORD
United States District Judge